UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

232 W MASON LLC,

    Plaintiff,

v.

CITY OF JACKSON, et al.,

    Defendants.

Case No. 24-cv-11051

Honorable Robert J. White

## ORDER DISMISSING DEFENDANT WILLIAM MILLS

    232 W Mason LLC commenced this action on April 19, 2024. (ECF No. 1). It amended the complaint as of right on May 8, 2024. (ECF No. 5). On January 16, 2025, the Court issued an order directing 232 W Mason to show cause as to why the allegations in the amended complaint against defendant William Mills should not be dismissed for failure to timely effectuate service. (ECF No. 17). 232 W Mason responded to the show cause order on January 30 2025, claiming that Mills is a "necessary party in the case" and that "with additional time, plaintiff can locate Mr. Mills." (ECF No. 18, PageID.873). 232 W Mason has still not served Mills as of the date of this order (39 days later).

    Because 232 W Mason has not timely served Mills with process, *see* Fed. R. Civ. P. 4(m), it is hereby,

ORDERED that William Mills is dismissed from this case without prejudice.

Dated: March 11, 2025  s/ Robert J. White
Robert J. White
United States District Judge