UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| 232 W. MASON LLC, on behalf of itself and others similarly situated, | |
| Plaintiffs, | Case No. 24-cv-11051 |
| v. | Honorable Robert J. White |
| CITY OF JACKSON, et al., | |
| Defendants. | |

## JUDGMENT

The Court has granted defendants' motion to dismiss the amended complaint. Any 42 U.S.C. § 1983 claim that accrued before April 19, 2021 is dismissed with prejudice.  The remaining claims are dismissed without prejudice.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiffs.  Costs to be permitted in accordance with law.

                                              KINIKIA D. ESSIX
                                              CLERK OF COURT


                                              By:  s/Tara Villereal_____
                                                    Deputy Clerk

August 14, 2025


Approved:_s/Robert J. White_____
         Robert J. White
         United States District Judge